AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Joel Isaac ORTIZ-Duran<br><br>*Defendant(s)* | Case No: 24-592 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>April 19, 2024</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico,</u> the defendant violated <u>8 U.S.C. §1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon),</u> an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: CONSPIRACY BURGLARY, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On April 19, 2024, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Domincan Republic, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Domincan Republic via Alexandria, LA on or about April 03, 2018. This was subsequent to an aggravated felony conviction for "CONSPIRACY BURGLARY" in the State of New Jersey on or about January 24, 2014. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Saul H. Mendez, Agent
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ by telephone ts

Date: April 22, 2024

*Judge's signature*

Kevin R. Sweazea, U.S. Magistrate Judge

City and state: Las Cruces, N.M.
*Printed name and title*